UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA L.[1], an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:19-00810 RSWL (ADS)<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Joint Submission [Dkt. No. 13], and the Report and Recommendation of the assigned United States Magistrate Judge dated April 23, 2020 [Dkt. No. 15].  No objections to the Report and Recommendation were

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.
[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

filed.  As such, after thorough analysis and consideration of the Report and Recommendation, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.    The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 15], is accepted;

2.    The Administrative Law Judge's decision is vacated and this case is remanded on an open record for further proceedings; and

3.    Judgment is to be entered accordingly.

Dated:  May 12, 2020

s/ RONALD S.W. LEW
THE HONORABLE RONALD S.W. LEW
United States District Judge