JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA L.[1], an Individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 2:19-00810 RSWL (ADS)<br><br><br>JUDGMENT OF REMAND |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1    Pursuant to the Court's Order Accepting the Report and Recommendation of the
2    United States Magistrate Judge, the decision of the Commissioner of Social Security is
3    reversed and the matter is remanded to the Commissioner for further proceedings
4    consistent with the Report and Recommendation.

5

6    Dated: May 12, 2020

7
                                  s/ RONALD S.W. LEW
8                                 THE HONORABLE RONALD S.W. LEW
                                  United States District Judge
9